1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID SCOTT,                              No. 2:17-cv-0559 KJM EFB

12                  Plaintiff,

13        v.                                   STATUS (PRETRIAL SCHEDULING)

14   THE NORTHWESTERN MUTUAL LIFE              ORDER
     INSURANCE COMPANY, et al.,
15
                     Defendants.
16

17

18

19              An initial scheduling conference was held in this case on August 31, 2017.  Jesse

20   Kaplan appeared for plaintiff; Sevana Babooian appeared for defendants.

21              Having reviewed the parties' Joint Status Report filed on July 6, 2017, and

22   discussed a schedule for the case with counsel at the hearing, the court makes the following

23   orders:

24   I.      SERVICE OF PROCESS

25              All named defendants have been served and no further service is permitted without

26   leave of court, good cause having been shown.

27   /////

28   /////

                                             1

## II.      ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS

No further joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown.  *See* Fed. R. Civ. P. 16(b); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992).

## III.      JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. § 1331.  Jurisdiction and venue are not disputed.

## IV.      DISCOVERY

The parties agree at this time that no discovery will take place beyond the exchange of initial disclosures in this ERISA action, and that disclosures will be limited to the Administrative Record.  Initial disclosures as required by Federal Rule of Civil Procedure 26(a) have been completed.  If any discovery is conducted, it will be completed by **February 2, 2018.**

## V.      AVOIDANCE OF UNNECESSARY PROOF

The parties will explore stipulating to facts and waiving foundational facts and stipulating to evidence, to the extent possible.

## VI.      MOTION HEARING SCHEDULE

This matter will be decided by cross-motions for judgment under Rule 52 of the Federal Rules of Civil Procedure.

- Cross-motions shall be filed no later than March 23, 2018.
- Responsive pleadings shall be filed no later than April 6, 2018.
- Hearing on cross-motions is set for May 4, 2018, at 10:00 a.m. in Courtroom No. 3.

The parties will explore stipulating to fact and waiving foundational fact and stipulating to evidence.

## VII.      SETTLEMENT CONFERENCE

No settlement conference is currently scheduled.  A settlement conference may be set at any time at the parties' request.  In the event that a court settlement conference date or referral to the Voluntary Dispute Resolution Program (VDRP) is requested, the parties shall file

said request jointly, in writing.  Counsel are instructed to have a principal with full settlement authority present at any Settlement Conference or to be fully authorized to settle the matter on any terms.

VIII.    MODIFICATION OF STATUS (PRETRIAL SCHEDULING) ORDER

The parties are reminded that pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Status (Pretrial Scheduling) Order shall not be modified except by leave of court upon a showing of good cause.  Agreement of the parties by stipulation alone does not constitute good cause.  Except in extraordinary circumstances, unavailability of witnesses or counsel does not constitute good cause.

IX.    OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER

This Status Order will become final without further order of the court unless objections are filed within fourteen (14) *calendar* days of service of this Order.

IT IS SO ORDERED.

DATED:  September 19, 2017.

_____
UNITED STATES DISTRICT JUDGE